Order issued October 11, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00321-CV

AMERIPATH, INC. AND DFW 5.01(A) CORPORATION, Appellants

V.

STEVEN HEBERT, M.D., Appellee

## ORDER

The Court has before it appellants' October 8, 2012 unopposed motion to extend time for appellants to file their reply brief. The Court **GRANTS** the motion and **ORDERS** that any reply brief be filed by October 30, 2012.



MOLLY FRANCIS
JUSTICE